1  Paul W. Moncrief, Esq., SBN 204239
   Paul Hart., Esq., SBN 237766
2  JOHNSON & MONCRIEF, PLC
   295 Main Street, Suite 600
3  Salinas, CA 93901
   Telephone: (831) 759-0900
4  Facsimile: (831) 759-0902

5  Attorney for Plaintiff,
   Western Harvesting, LLC
6

7

8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10

11

12  WESTERN HARVESTING, LLC, a California    )  Case No.  CV 10-02551
    limited liability company               )
13                                          )  STIPULATION FOR ENTRY OF
                    Plaintiff,              )  JUDGMENT AND ORDER
14                                          )  THEREON
                                            )
15  v.                                      )
                                            )
16  RIVIERA PRODUCE CORP., a New York       )
    Corporation, BENJAMIN FRIEDMAN,         )
17  SHARYN FRIEDMAN, MICHAEL                )
    SCICCHITANO, and DOES 1 through 20,     )
18  Inclusive,                              )
                                            )
19                                          )
                    Defendants.             )
20                                          )
                                            )
21                                          )
                                            )
22  ─────────────────────────────────────  )

23         IS HEREBY STIPULATED by and between the parties that JUDGMENT be entered as

24  follows:

25         1.      Defendants Riviera Produce Corp., Benjamin Friedman, Sharyn Friedman, and

26  Michael Scicchitano ("Defendants") stipulate that judgment be entered against Defendants in

27  favor of Plaintiff Western Harvesting, LLC ("Plaintiff"), on the First, Second, Third, and

28

Stipulation for Entry of Judgment and Order
*Western Harvesting, LLC. v Riviera Produce Corp., et al.*
Case No. CV 10-02551.

1

Fifth Causes of Action of Plaintiff's Complaint alleging Breach of Contract, Enforcement of the Statutory Trust Provisions of the Perishable Agricultural Commodities Act, (7 U.S.C. § 499e(c)(1)-(4)), Violation of the Perishable Agricultural Commodities Act for Failure to Account and Pay Promptly (7 U.S.C. § 499a et seq.), and Unjust Enrichment in the amount of One Hundred Thousand Dollars ($100,000.00) with interest thereon accruing after 90 days from the date that this Stipulated Judgment is executed at a rate of ten percent (10%) per annum, minus any payments made by Defendants on account of the attached Settlement Agreement executed August 17, 2010. Said Judgment shall immediately require Defendants to account for and pay all PACA trust assets to Plaintiff in the amount of $100,000.00.

2.      Plaintiff will not execute this Judgment so long as Defendants satisfies the payment terms set forth in paragraph 2(a) of the Settlement Agreement.

3.      Plaintiffs are valid trust creditors under Section 5(c) of PACA, 7 U. S.C. Section 499e(c) against Defendants.

4.      Upon payment in full, Plaintiff shall file a Notice of Satisfaction of Judgment with the Court and shall provide a copy to Defendants.

5.      The parties jointly stipulate that in the event that any legal action or collection actions is necessary to enforce the terms of this Stipulation, the prevailing party in such action shall be entitled to recover its reasonable attorney's fees and costs.

6.      This Stipulation may be executed in any number of counterparts, each of which shall be an original, but all of which together shall constitute one instrument. The parties agree that a facsimile signature shall be treated in all respects as having the same effect as an original signature.

Stipulation for Entry of Judgment and Order
*Western Harvesting, LLC. v Riviera Produce Corp., et al.*
Case No. CV 10-02551.

2

1

7.     The signatories to this Stipulation assert and represent that they are fully

2

empowered and authorized to execute this Stipulation on behalf of the entity for whom they

3

purport to sign.

4

5

6     Dated: August _17_, 2010                    Western Harvesting, LLC
                                                   A California limited liability company
7

8                                                  _____
                                                   David Gill
9

10    Dated: August _17_, 2010                     Riveria Produce, Corp.
                                                   A New York corporation
11

12                                                 _____
                                                   Benjamin Friedman, President
13

14    Dated: August _17_, 2010                     Benjamin Friedman

15

16                                                 _____
                                                   Benjamin Friedman
17

18    Dated: August _17_, 2010                     Sharyn Friedman

19

20                                                 _____
                                                   Sharyn Friedman
21

22

23    Dated: August _17_, 2010                     Michael Seicchitano

24

25                                                 _____
26                                                 Michael Scicchitano

27

28

Stipulation for Entry of Judgment and Order
*Western Harvesting, LLC. v Riviera Produce Corp., et al.*
Case No. CV 10-02551.

3

1

## ORDER

2

3          Based on the stipulation above, and finding good cause therefore, it is hereby ORDERED

4  that JUDGMENT be entered, as set forth herein on the terms set forth herein.

5          The parties shall file a stipulation of dismissal upon satisfaction of the judgment, which
   shall be no later than thirty (30) days after this Order.

6  Dated: _____September 28, 2010_____                *Lucy H. Koh*

7                                                                United States Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation for Entry of Judgment and Order
*Western Harvesting, LLC. v Riviera Produce Corp., et al.*
Case No. CV 10-02551.

4