UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTERN HARVESTING, LLC, a California limited liability company<br><br>Plaintiff,<br><br>v.<br><br>RIVIERA PRODUCE CORP., a New York Corporation, BENJAMIN FRIEDMAN, SHARYN FRIEDMAN, MICHAEL SCICCHITANO, and DOES 1 through 20, Inclusive,<br><br>Defendants. | Case No. 5:10-cv-02551-LHK<br><br>ORDER RE DISMISSAL |

The entire action by Plaintiff WESTERN HARVESTING, LLC as to all Defendants is hereby dismissed with Prejudice. The Clerk shall close the file.

Dated: October 13, 2010

*Lucy H. Koh*
LUCY H. KOH
UNITED STATES DISTRICT JUDGE